IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES KALAAUKAHI,** | Case No. 2:23-cv-01268-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **Y. SALINAS-GONZALEZ, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to file a motion to opt-out of early alternative dispute resolution.

Good cause appearing, it is hereby **ORDERED** that Defendants' motion, ECF No. 17, is granted and they are allowed until **January 8, 2024**, to file a motion to opt-out of early ADR.

IT IS SO ORDERED.

Dated:   December 19, 2023                         _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE