IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES KALAAUKAHI,**<br><br>Plaintiff,<br><br>**v.**<br><br>**Y. SALINAS-GONZALEZ, et al.,**<br><br>Defendants. | Case No. 2:23-cv-01268-JDP (PC)<br><br>~~**[PROPOSED]**~~ **ORDER** |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On January 8, 2024, Defendant moved to opt out of the court's alternative dispute resolution program.  (ECF No. 20.)

Good cause appearing, Defendant's request to opt out of the court's alternative dispute resolution program, ECF No. 20, is **GRANTED**, and it is hereby **ORDERED** that the stay entered October 19, 2023, is lifted.

IT IS SO ORDERED.


Dated:   __January 16, 2024__                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE