UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KALAAUKAHI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Y. SALINAS GONZALEZ, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-01268-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTIONS FOR AN EXTENSION OF TIME<br><br>ECF Nos. 23 & 25 |

　　　Plaintiff has filed two motions for an extension of time to respond to defendants' discovery requests. ECF Nos. 23 & 25. Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motions for an extension of time, ECF Nos. 23 & 25, are granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to serve his responses to defendants' discovery requests.

IT IS SO ORDERED.

Dated:   June 5, 2024                           _____
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE