IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES KALAAUKAHI,**<br><br>Plaintiff,<br><br>v.<br><br>**Y, SALINAS-GONZALEZ, et al.,**<br><br>Defendants. | Case No. 2:23-cv-01268-JDP (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

The Court, having considered Defendants Crosby, Dower, Jones, Gonzalez, Ortiz, and Williams' Motion to Modify the Court's Discovery and Scheduling Order to Extend the Discovery and Dispositive Motion Deadlines, and good cause appearing, order as follows:

1. Defendants' motion to modify the Discovery and Scheduling Order, ECF No. 27, is granted.

2. The parties have until September 10, 2024, to complete discovery and file motions to compel; and

3. The parties have until January 20, 2025, to file dispositive motions.

1  IT IS SO ORDERED.
2
3  Dated: _____July 18, 2024_____          _____
4                                          JEREMY D. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE
5