UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KALAAUKAHI, | Case No. 2:23-cv-1268-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| Y. SALINAS GONZALEZ, *et al.*, | |
| Defendants. | |

On November 8, 2024, defendants filed a motion to compel. ECF No. 38. After plaintiff did not file a response, on January 6, 2025, the court ordered plaintiff to show cause for his failure to prosecute and failure to comply with court orders. ECF No. 42. On January 31, 2025, plaintiff filed a request asking for this action to proceed. ECF No. 44. In light of this filing and plaintiff's pro se status, the court will grant plaintiff until February 28, 2025, to file a response to defendants' motion. Should plaintiff fail to comply with this order, it will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed.

Accordingly, should plaintiff wish to continue with this lawsuit, he shall file, by February 28, 2025, a response to defendants' motion.

1

IT IS SO ORDERED.

Dated: __February 7, 2025__         _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE