UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KALAAUKAHI,<br><br>  Plaintiff,<br><br>  v.<br><br> Y. SALINAS GONZALEZ, et al.,<br><br>  Defendants. | No. 2:23-cv-01268-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 53) |

Plaintiff James Kalaaukahi is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with court orders. (Doc. No. 53.) Specifically, Plaintiff has failed to comply with the court's orders dated January 6, 2025, February 7, 2025, March 4, 2025, and March 18, 2025 (Doc. Nos. 42, 45, 47, 49), in which the court ordered him to respond to Defendants' motion to compel (Doc. No. 38). Plaintiff did not thereafter file a response to Defendant's motion. The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 53 at 3.) To date, no objections to the findings and recommendations have

1 | been filed, and the time in which to do so has now passed.

2 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 9, 2025 (Doc. No. 53) are ADOPTED in full;
2. This action is DISMISSED, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with court orders;
3. Defendants' motion to compel (Doc. No. 38) is DENIED as moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**July 17, 2025**__

Dena Coggins
United States District Judge

2